UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BILLY CEPERO,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:14-cv-01397-JAD-PAL

**Order Granting Motion for Extension of Time to Respond to Show-cause Order [#18]**

    In an order dated June 19, 2015, the court gave petitioner Billy Cepero until today to show cause why this case should not be dismissed as untimely. Doc. 16. Cepero has recently retained counsel, and counsel now moves for a 30-day extension of the show-cause deadline. Doc. 18. Good cause appearing, IT IS HEREBY ORDERED that the request to extend the show-cause-response deadline **[Doc. 18] is GRANTED. Plaintiff's deadline to show cause why this case should not be dismissed as untimely is extended to August 19, 2015.**

    DATED: July 20, 2015

                                                    JENNIFER A. DORSEY
                                                   United States District Judge